PROB 12 (Rev. 11/1/2004)

**FILED BY CLERK OF COURT**

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Curtis Jerrold Favors**

**Docket No. 0:02CR00117-001(DWF)**

**Petition on Probation**

COMES NOW **David J. Schwab**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Curtis Jerrold Favors** who was sentenced for Aiding and Abetting Mail Fraud on August 13, 2002, by the Honorable Donovan W. Frank, sitting in the court at St. Paul, MN, who fixed the period of supervision at 5 years probation, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- Home detention
- No new credit
- Financial disclosure

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

SPECIAL CONDITION #A: The defendant shall not commit any crimes, federal, state, or local.

On March 7, 2005, Mr. Favors pled guilty to Gross Misdemeanor Theft in Ramsey County District Court.

PRAYING THAT THE COURT WILL ORDER That conditions of supervision be modified to include the following.

The defendant shall perform 50 hours of community service, as approved by the probation officer.

ORDER OF THE COURT

Considered and ordered this 22 day of March, 2005, and ordered filed and made a part of the records in the above case.

Honorable Donovan W. Frank
U.S. District Judge
c: United States Sentencing Commission

I declare under penalty of perjury that the foregoing is true and correct.

David J. Schwab
Senior U.S. Probation Officer

Executed on March 21, 2005
Place St. Paul

SCANNED
MAR 22 2005
U.S. DISTRICT COURT ST. PAUL